UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANA MUSHARBASH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK,<br><br>　　　　　Defendant. | No.  2:22–cv–2320–DAD–KJN<br><br>ORDER |

Pursuant to the district judge's order, the scheduling of this case has been referred to the magistrate judge.  (ECF No. 17.)  Accordingly, and pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED:

1. Within 21 days of the district judge's order, defendant shall file its answer to claims 9-12;
2. Within 30 days of the filing of the answer, the parties shall discuss, in person or by telephone, their obligations to transmit mandatory disclosures to the other parties, as required by Federal Rule of Civil Procedure 26.  During their meeting, the parties shall discuss whether this case should be stayed and referred to mediation in the court's Voluntary Dispute Resolution Program. The parties also shall discuss a proposed schedule for the case;
3. Within 14 days after this conferral, the parties shall file a joint status report with the court for the entry of a pretrial scheduling order.  This report shall address the relevant portions

1

of Local Rule 240(a), as directed by Judge Drozd's "Order Setting Status (Pretrial Scheduling) Conference." (ECF No. 3 at par. 6(a)-(o).);

4. A scheduling hearing is set before the incoming magistrate judge for May 7, 2024, at 10:00 a.m. in Courtroom 25.  The parties will receive instructions on how to appear as the hearing date approaches; and

5. The parties are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition.  See Local Rule 160.

Dated:  March 4, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

mush.2320